NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ATELIERS DE LA HAUTE-GARONNE
AND F2C2 SYSTEMS SAS,
*Plaintiffs-Appellants,*

v.

BROETJE AUTOMATION USA INC.
AND BROETJE AUTOMATION GMBH,
*Defendants-Cross Appellants.*

---

2012-1038, -1077

---

Appeals from the United States District Court for the District of Delaware in case no. 09-CV-0598, Judge Leonard P. Stark.

---

## ON MOTION

---

## ORDER

Broetje Automation USA Inc. and Broetje Automations GmbH move for a 22-day extension of time, until February 16, 2012, to file their principal and response brief. Ateliers De La Haute-Garonne and F2C2 Systems SAS oppose. Broetje replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


<u>JAN 3 1 2012</u>                                            <u>/s/ Jan Horbaly</u>
Date                                            Jan Horbaly
                                            Clerk


cc: Scott G. Lindvall, Esq                           **FILED**
    Patrick J. Kelleher, Esq.           **U.S. COURT OF APPEALS FOR
                                              THE FEDERAL CIRCUIT**

s21                                              JAN 3 1 2012

                                                **JAN HORBALY
                                                   CLERK**